**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of  Delaware
(State)

Case number (*If known*): _____ Chapter 11

☐ Check if this is an amended filing

Official Form 205

# Involuntary Petition Against a Non-Individual

12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

### Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

1. **Chapter of the Bankruptcy Code**

   *Check one:*
   
   ☐ Chapter 7
   ☑ Chapter 11

### Part 2: Identify the Debtor

2. **Debtor's name**

   SA Hospital Acquisition Group, LLC

3. **Other names you know the debtor has used in the last 8 years**

   Include any assumed names, trade names, or *doing business as* names.

4. **Debtor's federal Employer Identification Number (EIN)**

   ☐ Unknown
   
   8 5 - 2 3 7 9 2 6 5
   EIN

5. **Debtor's address**

   **Principal place of business**
   
   4308 Via Entrada
   Number   Street
   
   _____
   
   Newbury Park    CA   91320
   City            State  ZIP Code
   
   Ventura County
   County

   **Mailing address, if different**
   
   _____
   Number   Street
   
   _____
   P.O. Box
   
   _____
   City            State  ZIP Code
   
   **Location of principal assets, if different from principal place of business**
   
   3933 S. Broadway
   Number   Street
   
   _____
   
   Saint Louis     MO   63118
   City            State  ZIP Code

Debtor   SA Hospital Acquisition Group, LLC  
       Name

Case number (*if known*)_____

---

**6. Debtor's website** (URL) _____

**7. Type of debtor**
- ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
- ☐ Partnership (excluding LLP)
- ☐ Other type of debtor. Specify: _____

**8. Type of debtor's business**

*Check one:*
- ☒ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☐ None of the types of business listed.
- ☐ Unknown type of business.

**9. To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?**

- ☒ No
- ☐ Yes. Debtor _____ Relationship _____

    District _____ Date filed _____ Case number, if known _____
                                                 MM / DD / YYYY

    Debtor _____ Relationship _____

    District _____ Date filed _____ Case number, if known _____
                                                 MM / DD / YYYY

**Part 3:**

**10. Venue**

*Check one:*
- ☒ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

**11. Allegations**

Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).

The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

*At least one box must be checked*:
- ☒ The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.
- ☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

**12. Has there been a transfer of any claim against the debtor by or to any petitioner?**
- ☒ No
- ☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

| Debtor | SA Hospital Acquisition Group, LLC | Case number (if known) _____ |
|---|---|---|
| | Name | |

**13. Each petitioner's claim**

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| Matthew Haddad | Contractual obligation | $ 2,625,000 |
| Goldberg Healthcare Partners, LLC | Contractual obligation | $ 535,000 |
| Frank Saidara | Contractual obligation | $ 110,000 |
| Yoel Pesso | Contractual obligation | $ 500,000 |
| | Total of petitioners' claims | $ 3,770,000 |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

## Part 4: Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**

Name and mailing address of petitioner

Matthew Haddad
Name

100 Wilshire Blvd., Suite 1500
Number    Street

Los Angeles      CA      90017
City             State   ZIP Code

Name and mailing address of petitioner's representative, if any

_____
Name

_____
Number   Street

_____
City     State    ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  08/31/2023
             MM / DD / YYYY

/s/ Matthew Haddad
Signature of petitioner or representative, including representative's title

**Attorneys**

Aaron L. Hammer
Printed name

HORWOOD MARCUS & BERK CHARTERED
Firm name, if any

500 West Madison Street, Suite 3700
Number   Street

Chicago                IL         60661
City                   State      ZIP Code

Contact phone  312-242-3293   Email  ahammer@hmblaw.com

Bar number  6243069

State  IL

/s/ Aaron L. Hammer
Signature of attorney

Date signed  08/31/2023
             MM / DD / YYYY

Debtor: **SA Hospital Acquisition Group, LLC**
Name

Case number (*if known*) _____

---

**Name and mailing address of petitioner**

Fairborz Saidara
Name

2355 Westwood Blvd., Suite 1101
Number   Street

Los Angeles     CA     90064
City            State  ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number   Street

_____
City      State   ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  08/31/2023
             MM / DD / YYYY

û  /s/ Fairborz Saidara
Signature of petitioner or representative, including representative's title

---

Aaron L. Hammer
Printed name

HORWOOD MARCUS & BERK CHARTERED
Firm name, if any

500 West Madison Street, Suite 3700
Number   Street

Chicago           IL        60661
City              State     ZIP Code

Contact phone  312-242-3293   Email ahammer@hmblaw.com

Bar number  6243069

State  IL

û  /s/ Aaron L. Hammer
Signature of attorney

Date signed  08/31/2023
             MM / DD / YYYY

---

**Name and mailing address of petitioner**

Goldberg Healthcare Partners, LLC
Name

9230 W. Olympic Blvd,. Suite 203
Number   Street

Beverly Hills     CA     90212
City              State  ZIP Code

**Name and mailing address of petitioner's representative, if any**

Peter Pinto
Name

9230 W. Olympic Blvd,. Suite 203
Number   Street

Beverly Hills     CA     90212
City              State  ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  08/31/2023
             MM / DD / YYYY

û  /s/ Peter Pinto
Signature of petitioner or representative, including representative's title

---

Aaron L. Hammer
Printed name

HORWOOD MARCUS & BERK CHARTERED
Firm name, if any

500 West Madison Street, Suite 3700
Number   Street

Chicago           IL        60661
City              State     ZIP Code

Contact phone  312-242-3293   Email ahammer@hmblaw.com

Bar number  6243069

State  IL

û  /s/ Aaron L. Hammer
Signature of attorney

Date signed  08/31/2023
             MM / DD / YYYY

Debtor  SA Hospital Acquisition Group, LLC Case number (*if known*)
       <sub>Name</sub>

**Name and mailing address of petitioner**

Yoel Pesso
<sub>Name</sub>

7912 Blackburn Ave., Suite 10
<sub>Number     Street</sub>

Los Angelos     CA     90048
<sub>City</sub>     <sub>State</sub>     <sub>ZIP Code</sub>

**Name and mailing address of petitioner's representative, if any**

___
<sub>Name</sub>

___
<sub>Number   Street</sub>

___  ___  ___
<sub>City</sub>  <sub>State</sub>  <sub>ZIP Code</sub>

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  08/31/2023
       <sub>MM / DD / YYYY</sub>

û /s/ Yoel Pesso
<sub>Signature of petitioner or representative, including representative's title</sub>

---

Aaron L. Hammer
<sub>Printed name</sub>

HORWOOD MARCUS & BERK CHARTERED
<sub>Firm name, if any</sub>

500 West Madison Street, Suite 3700
<sub>Number   Street</sub>

Chicago     IL     60661
<sub>City</sub>     <sub>State</sub>     <sub>ZIP Code</sub>

Contact phone 312-242-3293  Email ahammer@hmblaw.com

Bar number  6243069

State  IL

û    /s/ Aaron L. Hammer
<sub>Signature of attorney</sub>

Date signed  08/31/2023
       <sub>MM / DD / YYYY</sub>

---

**Name and mailing address of petitioner**

___
<sub>Name</sub>

___
<sub>Number   Street</sub>

___  ___  ___
<sub>City</sub>  <sub>State</sub>  <sub>ZIP Code</sub>

**Name and mailing address of petitioner's representative, if any**

___
<sub>Name</sub>

___
<sub>Number   Street</sub>

___  ___  ___
<sub>City</sub>  <sub>State</sub>  <sub>ZIP Code</sub>

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___
       <sub>MM / DD / YYYY</sub>

û ___
<sub>Signature of petitioner or representative, including representative's title</sub>

---

___
<sub>Printed name</sub>

___
<sub>Firm name, if any</sub>

___
<sub>Number   Street</sub>

___  ___  ___
<sub>City</sub>  <sub>State</sub>  <sub>ZIP Code</sub>

Contact phone ___  Email ___

Bar number  ___

State  ___

û ___
<sub>Signature of attorney</sub>

Date signed ___
       <sub>MM / DD / YYYY</sub>