IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>SA Hospital Acquisition Group, LLC<br><br>Debtor. | Chapter 11<br><br>Case No. 23-11367-BLS |

## MOTION TO APPEAR *PRO HAC VICE*

Pursuant to Rule 9010-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware and the attached certification, counsel moves for the admission *pro hac vice* of Nathan E. Delman, Esquire to represent Matthew Haddad, Fairborz Saidara, Goldberg Healthcare Partners, LLC, and Yoel Pesso in the above-captioned case.

Dated: September 5, 2023                              **ARMSTRONG TEASDALE LLP**

*/s/ Eric M. Sutty*
Eric M. Sutty (No. 4007)
1007 North Market Street, Third Floor
Wilmington, DE 19801
Telephone: (302) 416-9671
Email: esutty@atllp.com

## CERTIFICATION OF COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Illinois, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 8/30/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for the District Court.

Dated: September 5, 2023                              */s/ Nathan E. Delman*
Nathan E. Delman (IL. Bar No. 6296205)
Horwood Marcus & Berk Chartered
500 West Madison, Suite 3700
Chicago, IL 60661
Telephone: (312) 606-3200
Email: ndelman@hmblaw.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.