IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> SA Hospital Acquisition Group, LLC, <br><br> Debtor. | Chapter 11 <br><br> Case No. 23-11367 (BLS) <br><br> Re:  Docket No. 11 |

### NOTICE OF VOLUNTARY DISMISSAL OF CERTAIN PARTIES WITH RESPECT TO PETITIONING CREDITORS' EMERGENCY MOTION TO ENFORCE THE AUTOMATIC STAY

On September 6, 2023, Goldberg Healthcare Partners, LLC, Fairborz Saidara, Matthew Haddad, and Yoel Pesso (collectively, the "Petitioning Creditors"), by and through the undersigned counsel, filed the *Emergency Motion to Enforce the Automatic Stay and Motion for Sanctions* [D.I. 11] (the "Motion") seeking relief against various parties.

**PLEASE TAKE NOTICE** that the Petitioning Creditors hereby voluntarily dismiss the Motion as to the following parties named in the Motion:  Stinson LLP, Thompson Coburn LLP, and Carmody MacDonald P.C.

Dated:  September 7, 2023

/s/ *Eric M. Sutty*
Eric M. Sutty (No. 4007)
**ARMSTRONG TEASDALE LLP**
1007 North Market Street
Wilmington, DE 19801
Telephone: (302) 416-9671
Email: esutty@atllp.com

-and-

1

Aaron L. Hammer (IL #6243069)
*Admitted Pro Hac Vice*
Nathan E. Delman (IL #6296205)
*Admitted Pro Hac Vice*
**HORWOOD MARCUS & BERK CHARTERED**
500 West Madison, Suite 3700
Chicago, IL 60661
Telephone: (312) 606-3200
Email: ahammer@hmblaw.com

***Counsel to the Petitioning Creditors***