# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> SA Hospital Acquisition Group, LLC, <br><br> Debtor. | Chapter 11 <br><br> Case No. 23-11367 (BLS) |

## AFFIDAVIT OF SERVICE

I, Eric M. Sutty, counsel to Petitioning Creditors, hereby certifies that on September 7, 2023, a true and correct copy of the following documents were served by email upon the parties below:

(1) Notice of Voluntary Dismissal of Certain Parties with Respect to Petitioning Creditors' Emergency Motion to Enforce the Automatic Stay

**Twain GL XXV, LLC (Twain GL)**
c/o Andrew J. Scavotto, counsel for Twain
7700 Forsyth Boulevard, Suite 1100
St. Louis, MO 63105
andrew.scavotto@stinson.com

**Thompson Coburn LLP (Counsel for the Receiver)**
c/o Brian Hockett
One US Bank Plaza
St. Louis, MO 63101
bhockett@thompsoncoburn.com

**Twain Financial Partners LLC (Twain Financial)**
c/o Andrew J. Scavotto, counsel for Twain
7700 Forsyth Boulevard, Suite 1100
St. Louis, MO 63105
andrew.scavotto@stinson.com

**American Healthcare Systems Missouri, LLC (AHS)**
c/o Thomas H. Riske, counsel for AHS
120 South Central Avenue, Suite 1800
St. Louis, MO 63105
thr@carmodymacdonald.com

**Stinson LLP (Counsel for Twain)**
c/o Andrew J. Scavotto
7700 Forsyth Boulevard, Suite 1100
St. Louis, MO 63105
andrew.scavotto@stinson.com

**MorrisAnderson & Associates, Ltd. (Receiver)**
c/o Brian Hockett, counsel for the Receiver
One US Bank Plaza
St. Louis, MO 63101
bhockett@thompsoncoburn.com

**Carmody MacDonald P.C. (Counsel for (AHS)**
120 South Central Avenue, Suite 1800
St. Louis, MO 63105
thr@carmodymacdonald.com

Dated: September 7, 2023

**ARMSTRONG TEASDALE LLP**

*/s/ Eric M. Sutty*
Eric M. Sutty (No. 4007)
1007 North Market Street, 3rd Floor
Wilmington, DE 19801
Telephone: (302) 416-9667
Email: esutty@atllp.com

-and-

Aaron L. Hammer (IL #6243069)
*Admitted Pro Hac Vice*
Nathan E. Delman (IL #6296205)
*Admitted Pro Hac Vice*
**HORWOOD MARCUS & BERK CHARTERED**
500 West Madison, Suite 3700
Chicago, IL 60661
Telephone: (312) 606-3200
Email: ahammer@hmblaw.com

*Counsel to the Petitioning Creditors*