# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Case No. 23-11367 (BLS) |
| | ) | |
| S.A. Hospital Acquisition Group, LLC, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | Related to Docket No. 22 |
| | ) | Obj. Deadline: 9/15/23 by 4:00 p.m. |
| | ) | Hearing Date: 9/19/23 at 2:00 p.m. |

## JOINDER OF AMERICAN HEALTHCARE SYSTEMS MISSOURI, LLC IN MOTION TO DISMISS OR ABSTAIN

COMES NOW American Healthcare Systems Missouri, LLC, by and through the undersigned counsel, and hereby joins in the Motion to Dismiss or Abstain filed on September 11, 2023 in the above-captioned matter (Docket No. 22), by MorrisAnderson & Associates, Ltd, as general receiver for SA Hospital Acquisition Group, LLC and SA Hospital Real Estate Holdings LLC.

Dated: September 15, 2023

**CONNOLLY GALLAGHER LLP**

*/s/ Karen C. Bifferato*
KAREN C. BIFFERATO (#3279)
1201 N. Market Street, 20th Floor
Wilmington, DE 19801
Telephone: 302-757-7300
Facsimile: 302-757-7299
kbifferato@connallygallagher.com

-and-

THOMAS H. RISKE, ESQ.
**CARMODY MACDONALD P.C.**
120 South Central Ave., Ste. 1800
St. Louis, Missouri 63105
Telephone: 314-854-8600
Facsimile: 314-854-8660
thr@carmodymacdonald.com

*Attorneys for American Healthcare Systems Missouri, LLC*

05760331