# Exhibit 3
# Letter to South City Hospital Employees
# Re: Termination of Benefits

**BETTER HR.  BETTER BUSINESS.**



To:     All Employees of South City Hospital
From:   Joshua Sable, General Counsel Modern HR
Date:   June 12, 2023

Re:     SA Hospital Acquisition Group LLC Termination of Contract with Modern HR, Inc.

Please be advised that SA South City Hospital has terminated our services.  They have continually refused to pay a tremendous amount of money in past due payroll and benefits.  The hospital also elected for the pay period ending 5/31/2023 to pay employees directly and not utilize our services.  Hospital ownership initially committed to paying the benefits for the month of May, but ultimately refused to do so.

Because of South City Hospital's actions:

1. Employee benefits are cancelled as of April 30, 2023.  This includes, but is not limited to, company sponsored health, dental, vision and voluntary insurance coverage.  In other words, visits to your doctors and treatment centers will not be paid for.  We are unsure if South City Hospital has replacement coverage at this time.

   We have made numerous attempts and pleas with the ownership of South City Hospital to pay the premium for the coverage for the month of May.  Unfortunately, they have refused to do so for a number of weeks now.  We have provided ownership a listing of any deductions that employees had from their pay in the month of May for coverage and told them that they should reimburse you for those deductions.

   We would like to inform you that because of the loss of group health coverage, which is considered a qualifying event, this is an opportunity to enroll in benefits offered outside your work through the federal healthcare market exchange.  Please note that you will need to provide the Certificate of Creditable Coverage (aka the HIPAA Certificate) mailed to you by your former medical insurance carrier.  The insurance plans offered in the marketplace exchanges are qualified plans under the Affordable Care Act (ACA), also known as PPACA or Obamacare.

   Healthcare.gov is the healthcare marketplace exchange.  For more information about the special enrollment period due to loss of coverage and eligibility, please refer to www.healthcare.gov.  You may either apply online at www.healthcare.gov or call the toll-free phone number (800) 318-2596 available 24 hrs. daily, 7 days a week except on holidays.  <u>Please note that if you are being offered benefits through South City Hospital, you will not qualify for the healthcare subsidy.</u>

2. The 401k Plan is cancelled as of the last payroll processed by Modern HR.  Any deductions from your June 10, 2023 check for retirement will need to be addressed by South City Hospital.

3. Workers' Compensation coverage, which protects employees in the event of injury, was cancelled as of May 15, 2023.

All questions should be addressed to your management team and/or AHS's Corporate office at **818-646-9933.**

---

ModernHR | 7590 Glenoaks Blvd., Ste. 200, Burbank, CA 91504 | PH 310.270.9800 | FX 310.888.8400