# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| In re: | Chapter 11 |
|---|---|
| SA Hospital Acquisition Group, LLC, | Case No. 23-11367 (BLS) |
| Debtor. | |

## AMENDED[1] NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON SEPTEMBER 19, 2023 AT 2:00 P.M. (EASTERN TIME)

THIS HEARING WILL BE CONDUCTED IN-PERSON. ALL PARTIES INCLUDING WITNESSES, ARE EXPECTED TO ATTEND IN PERSON UNLESS PERMITTED TO APPEAR VIA ZOOM. PARTICIPATION AT THE IN-PERSON COURT PROCVEEDING USING ZOON IS ALLOWED ONY IN THE FOLLOWING CIRCUMSTANCES: (I) A PARTY WHO FILES A RESPONSIVE PLEADING INTENDS TO MAKE ONLY A LIMITED ARGUMENT; (II) A PARTY WHO HAS NOT SUBMITTED A PLEADING BUT IS INTERESTED IN OBSERVING THE HEARING; OR (III) OTHER EXTENUATING CIRCUMSTANCES AS DETERMINED BY JUDGE SHANNON. ALL PARTICIPANTS OVER ZOOM MUST REGISTER IN ADVANCE. USE THE FOLLOWING LINK TO REGISTER FOR THE HEARING:

**https://debuscourts.zoomgov.com/meeting/register/vJItdOqhqzMrGm5iXtmiN3Qzk5_U23G1WEA**

**AFTER REGISTERING YOU WILL RECEIVE A CONFIRMATION EMAIL CONTAINING INFORMATION ABOUT JOINING THE MEETING.**

**HEARING DATE&TIME:** September 19, 2023 at 2:00 p.m. (Prevailing Eastern Time)
**LOCATION:** 824 Market Street, Courtroom No. 1, 6th Floor

1. Petitioning Creditors' Emergency Motion to Enforce the Automatic Stay [Filed on September 6, 2023, D.I. 11] https://ecf.deb.uscourts.gov/doc1/042021109218

   Objection Deadline: September 13, 2023 at 4:00 p.m.

   Response(s):

---

[1] **Amended items appear in bold.**

A. Objection to Petitioning Creditors' Motion to Enforce the Automatic Stay [Filed on September 13, 2023, D.I. 29]
https://ecf.deb.uscourts.gov/doc1/042021124765

B. Joint Response of Receiver and Twain GL XXV, LLC to Petitioning Creditors' Emergency Motion to Enforce the Automatic Stay [Filed on September 13, 2023, D.I. 30]
https://ecf.deb.uscourts.gov/doc1/042021124785

Related Documents:

C. Motion to Shorten Notice and Objection Periods Regarding Petitioning Creditors' Emergency Motion to Enforce the Automatic Stay [Filed on September 6, 2023, D.I. 12] https://ecf.deb.uscourts.gov/doc1/042021109276

D. Order Approving Motion to Shorten Notice and Objection Periods Regarding Petitioning Creditors' Emergency Motion to Enforce the Automatic Stay [Filed on September 12, 2023, D.I. 25]
https://ecf.deb.uscourts.gov/doc1/042021120403

E. **Joinder of Alleged Debtor, SA Hospital Acquisition Group, LLC to Emergency Motion to Enforce Automatic Stay Filed by Goldberg Healthcare Partners [Filed on September 18, 2023, D.I. 37]**
https://ecf.deb.uscourts.gov/doc1/042021133264

F. **Petitioning Creditors' Reply in Support of Emergency Motion to Enforce the Automatic Stay and Motion for Sanctions [Filed on September 18, 2023, D.I. 38]** https://ecf.deb.uscourts.gov/doc1/042021133272

Status: This matter will go forward.

2. Motion to Dismiss or Abstain [Filed on September 11, 2023, D.I. 22]
https://ecf.deb.uscourts.gov/doc1/042021117827

Objection Deadline: September 15, 2023 at 4:00 p.m.

Response(s):

A. **Joinder of American Healthcare Systems Missouri, LLC in Motion to Dismiss or Abstain [Filed on September 15, 2023, D.I. 32]**
https://ecf.deb.uscourts.gov/doc1/042021130694

B. **Petitioning Creditors' Response to Motion to Dismiss or to Abstain [Filed on September 15, 2023, D.I. 33]**
https://ecf.deb.uscourts.gov/doc1/042021130761

C. **Response in Opposition to MorrisAnderson & Associates, Ltd.'s Motion to Dismiss or Abstain [Filed on September 15, 2023, D.I. 34]**
https://ecf.deb.uscourts.gov/doc1/042021130795

    a. **Exhibit(s) A and B to Response in Opposition to MorrisAnderson & Associates, Ltd.'s Motion to Dismiss or Abstain [Filed on September 15, 2023, D.I. 35]**
https://ecf.deb.uscourts.gov/doc1/042021130865

D. **Receiver's Reply to the Response to Motion to Dismiss or Abstain [Filed on September 18, 2023, D.I. 39]**
https://ecf.deb.uscourts.gov/doc1/042021133359

Related Documents:

E. **Alleged Debtor, SA Hospital Acquisition Group, LLC's Motion for Continuance of Hearing on MorrisAnderson & Associates, Ltd.'s Motion to Dismiss or Abstain [Filed on September 15, 2023, D.I. 36]**
https://ecf.deb.uscourts.gov/doc1/042021131260

Status: This matter will go forward.

Dated: September 18, 2023

**ARMSTRONG TEASDALE LLP**

*/s/ Eric M. Sutty*
Eric M. Sutty (No. 4007)
Jonathan M. Stemerman (No. 4510)
1007 North Market Street, 3rd Floor
Wilmington, DE 19801
Telephone: (302) 416-9667
Email: esutty@atllp.com
        jstemerman@atllp.com

-and-

Aaron L. Hammer (IL #6243069)
*Admitted Pro Hac Vice*
Nathan E. Delman (IL#6296205)
*Admitted Pro Hac Vice*
Dante Wen (IL #    )
*Admitted Pro Hac Vice*
**HORWOOD MARCUS & BERK CHARTERED**
500 West Madison, Suite 3700
Chicago, IL 60661
Telephone (312) 606-3200
ahammer@hmblaw.com
ndelman@hmblaw.com
dwen@hmblaw.com
*Counsel to Petitioning Creditors*