# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>SA Hospital Acquisition Group, LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. 23-11367 (BLS)<br><br>Related to Docket No. 22<br>Obj. Deadline: 9/15/23 by 4:00 p.m.<br>Hearing Date: 9/19/23 at 2:00 p.m. |

## JOINDER TO MOTION TO DISMISS

COMES NOW, Twain GL XXV, LLC ("Twain") by and through the undersigned counsel, and hereby joins in the Motion to Dismiss or Abstain filed on September 11, 2023, in the above-captioned matter (Docket No. 22), by MorrisAnderson & Associates, Ltd, as general receiver for SA Hospital Acquisition Group, LLC and SA Hospital Real Estate Holdings LLC.

> William F. Taylor, Jr., Esq. (2936)
> **MCCARTER & ENGLISH LLP**
> Renaissance Centre
> 405 N. King Street, 8th Floor
> Wilmington, Delaware 19801
> wtaylor@mccarter.com
>
> -and-
>
> Nicholas J. Zluticky, Esq.
> **STINSON LLP**
> 1201 Walnut Street, Suite 2900
> Kansas City, Missouri 64106
> Tel: 816-842-8600
> Email: nicholas.zluticky@stinson.com
>
> *Attorneys for Twain GL XXV, LLC*

ME1 46058047v.1