## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| SA Hospital Acquisition Group, LLC, | Case No. 23-11367 (BLS) |
| Alleged Debtor. | **Re: Docket No. 22** |

## ORDER DISMISSING INVOLUNTARY CHAPTER 11 CASE

This matter having come before the Court on the *Motion to Dismiss or to Abstain* (the "Motion to Dismiss") [Dkt. No. 22] of MorrisAnderson & Associates, Ltd. ("Receiver"), as general receiver for SA Hospital Acquisition Group, LLC ("Alleged Debtor") and SA Hospital Real Estate Holdings, LLC for an order, pursuant to 11 U.S.C. §§ 303 and 305(a), dismissing the involuntary chapter 11 case of the Alleged Debtor; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. § 1334 and the *Amended Standing Order of Reference from the United States District Court for the District of Delaware,* dated February 29, 2012; and entry of this Order dismissing this involuntary chapter 11 case being a core proceeding within the meaning of 28 U.S.C. § 157(b)(2); and venue of this proceeding and the Motion in this District being proper pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided; and it appearing that no other or further notice need be provided; and the relief requested in the Motion being in the best interests of the Alleged Debtor and its creditors; and this Court, having held a hearing on September 19, 2023, has determined that the legal and factual bases set forth in the Motion and at the hearing establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefore for the reasons stated from the bench on September 20, 2023,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

1.      The Motion to Dismiss is GRANTED as set forth herein.

2.      The involuntary chapter 11 case of SA Hospital Acquisition Group, LLC is hereby dismissed.

3.      The *Emergency Motion to Enforce the Automatic Stay* [Dkt. No. 11] filed by Goldberg Healthcare Partners, LLC, Matthew Haddad, Yoel Pesso, and Fairborz Saidara is hereby denied as moot.

4.      The Court retains jurisdiction with respect to all matters arising from or relating to the implementation, interpretation, and enforcement of this Order.

**Dated: September 28th, 2023**
**Wilmington, Delaware**

**BRENDAN L. SHANNON**
**UNITED STATES BANKRUPTCY JUDGE**