# **<u>EXHIBIT A</u>**

## Hockett, Brian W.

| | |
|---|---|
| **From:** | Hockett, Brian W. |
| **Sent:** | Friday, December 22, 2023 11:24 AM |
| **To:** | 'Aaron L. Hammer' |
| **Cc:** | Eric Sutty; Dan Wen; Nathan E. Delman; Katie Devanney |
| **Subject:** | RE: SCH -- Involuntary Fees |

Mr. Ahlholm has nothing to do with the petitioning creditors' obligation to pay the fees ordered by the Bankr. D.Del.   You told me "you don't have to chase them, and you'll get a check from them next week."   I do not need an update from you after Mr. Ahlholm talks to the receiver because the receiver will not agree that the petitioning creditors do not need to pay the fees.   I need the payment in today.

Please send wire confirmation number when payment is made.


**Brian W. Hockett**
(he/him/his)
bhockett@thompsoncoburn.com
P: 314 552 6461
F: 314 552 7000
M: 314.602.6461

**Thompson Coburn LLP**
One US Bank Plaza
St. Louis, MO 63101
www.thompsoncoburn.com

**From:** Aaron L. Hammer <ahammer@hmblaw.com>
**Sent:** Thursday, December 21, 2023 1:21 PM
**To:** Hockett, Brian W. <bhockett@thompsoncoburn.com>
**Cc:** Eric Sutty <ESutty@atllp.com>; Dan Wen <dwen@hmblaw.com>; Nathan E. Delman <ndelman@hmblaw.com>; Katie Devanney <kdevanney@polsinelli.com>
**Subject:** Re: SCH -- Involuntary Fees

**RECEIVED FROM EXTERNAL SENDER - USE CAUTION**

Thanks for the note, Brian. Jeff Ahlholm is speaking to the Receiver later today; I should have an update for you after that call.



**AARON L. HAMMER**
**CHAIR, BANKRUPTCY GROUP**

500 West Madison Suite 3700
Chicago IL  60661
O 312.242.3293  M 224.531.2903
F 312.242.3311
E ahammer@hmblaw.com
hmblaw.com

1

**Confidentiality Notice**
This electronic transmission and any documents accompanying it may contain confidential information belonging to the sender which is protected by the attorney-client privilege. The information is intended only for the use of the individual named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of this message is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone and permanently delete this message.  We inform you than any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

**From:** "Hockett, Brian W." <bhockett@thompsoncoburn.com>
**Date:** Thursday, December 21, 2023 at 10:32 AM
**To:** Aaron Hammer <ahammer@hmblaw.com>
**Cc:** Eric Sutty <ESutty@atllp.com>, Dante Wen <dwen@hmblaw.com>, Nathan Delman <ndelman@hmblaw.com>, Katie Devanney <kdevanney@polsinelli.com>
**Subject:** RE: SCH -- Involuntary Fees

**HMB CLASSIFICATION: EXTERNAL**

"Second, the Petitioning Creditors need until next week (call it Wednesday, just to be safe) to collect and transmit funds. This is happening, you don't have to chase them, and you'll get a check from them next week."

No payment was received.   Please advise on status.

**Brian W. Hockett**
(he/him/his)
bhockett@thompsoncoburn.com
P: 314 552 6461
F: 314 552 7000
M: 314.602.6461

**Thompson Coburn LLP**
One US Bank Plaza
St. Louis, MO 63101
www.thompsoncoburn.com

**From:** Aaron L. Hammer <ahammer@hmblaw.com>
**Sent:** Wednesday, December 13, 2023 1:37 PM
**To:** Hockett, Brian W. <bhockett@thompsoncoburn.com>
**Cc:** Eric Sutty <ESutty@atllp.com>; Dan Wen <dwen@hmblaw.com>; Nathan E. Delman <ndelman@hmblaw.com>; Katie Devanney <kdevanney@polsinelli.com>
**Subject:** Re: SCH -- Involuntary Fees

That works. Standby for draft. I think we need to get Twain and NFS on board to the stipulation as well.



AARON L. HAMMER
CHAIR, BANKRUPTCY GROUP

500 West Madison Suite 3700
Chicago IL  60661
O 312.242.3293  M 224.531.2903
F 312.242.3311
E ahammer@hmblaw.com
hmblaw.com

**Confidentiality Notice**

This electronic transmission and any documents accompanying it may contain confidential information belonging to the sender which is protected by the attorney-client privilege. The information is intended only for the use of the individual named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of this message is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone and permanently delete this message.

We inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

On Dec 13, 2023, at 1:34 PM, Hockett, Brian W. <bhockett@thompsoncoburn.com> wrote:

**HMB CLASSIFICATION: EXTERNAL**

This is fine, however, my client would strongly prefer to get a wire.

Please pick a date for the brief and bounce the response/reply dates out accordingly.   Prepare a stipulation on the briefing schedule, and please copy Katie on any stipulation draft.

**Brian W. Hockett**
(he/him/his)
bhockett@thompsoncoburn.com
P: 314 552 6461
F: 314 552 7000
M: 314.602.6461

**Thompson Coburn LLP**
One US Bank Plaza
St. Louis, MO 63101
www.thompsoncoburn.com

**From:** Aaron L. Hammer <ahammer@hmblaw.com>
**Sent:** Wednesday, December 13, 2023 10:27 AM
**To:** Hockett, Brian W. <bhockett@thompsoncoburn.com>
**Cc:** Eric Sutty <esutty@atllp.com>; Dan Wen <dwen@hmblaw.com>; Nathan E. Delman <ndelman@hmblaw.com>
**Subject:** Re: SCH -- Involuntary Fees

**RECEIVED FROM EXTERNAL SENDER - USE CAUTION**

Brian:

[redacted]

Second, the Petitioning Creditors need until next week (call it Wednesday, just to be safe) to collect and transmit funds. This is happening, you don't have to chase them, and you'll get a check from them next week.

That said, we would also like to kick the appeal briefing schedule another week, so that our brief is due next Friday. Your schedule would be kicked similarly, one week, unless you need a bit more because of the holiday.

Please let us know if the Receiver is OK with the above, we will need a stipulation of some sorts on the appeal deadlines, I think.

Available to chat by phone if you would like to talk live.  224.531.2903

Aaron

**AARON L. HAMMER**
**CHAIR, BANKRUPTCY GROUP**

500 West Madison Suite 3700
Chicago IL  60661
**O** 312.242.3293  **M** 224.531.2903
**F** 312.242.3311
**E** ahammer@hmblaw.com
hmblaw.com

**Confidentiality Notice**
This electronic transmission and any documents accompanying it may contain confidential information belonging to the sender which is protected by the attorney-client privilege. The information is intended only for the use of the individual named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of this message is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone and permanently delete this message.  We inform you than any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

**From:** "Hockett, Brian W." <bhockett@thompsoncoburn.com>
**Date:** Tuesday, December 12, 2023 at 9:57 AM
**To:** Aaron Hammer <ahammer@hmblaw.com>
**Subject:** RE: SCH -- Involuntary Fees

**HMB CLASSIFICATION: EXTERNAL**

Wire Instructions in case your clients want to make the payment.

Brian

**Brian W. Hockett**
(he/him/his)
bhockett@thompsoncoburn.com
P: 314 552 6461
F: 314 552 7000
M: 314.602.6461

**Thompson Coburn LLP**
One US Bank Plaza
St. Louis, MO 63101
www.thompsoncoburn.com

**From:** Aaron L. Hammer <ahammer@hmblaw.com>
**Sent:** Friday, December 8, 2023 10:53 AM
**To:** Hockett, Brian W. <bhockett@thompsoncoburn.com>
**Subject:** Re: SCH -- Involuntary Fees

**RECEIVED FROM EXTERNAL SENDER - USE CAUTION**

4

Brian, thanks for the heads up. I thought there was a deal, what happened?

**AARON L. HAMMER**
**CHAIR, BANKRUPTCY GROUP**

500 West Madison Suite 3700
Chicago IL  60661
**O** 312.242.3293  **M** 224.531.2903
**F** 312.242.3311
**E** ahammer@hmblaw.com
hmblaw.com

**Confidentiality Notice**
This electronic transmission and any documents accompanying it may contain confidential information belonging to the sender which is protected by the attorney-client privilege. The information is intended only for the use of the individual named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of this message is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone and permanently delete this message.  We inform you than any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

**From:** "Hockett, Brian W." <bhockett@thompsoncoburn.com>
**Date:** Friday, December 8, 2023 at 10:58 AM
**To:** Aaron Hammer <ahammer@hmblaw.com>
**Subject:** SCH -- Involuntary Fees

**HMB CLASSIFICATION: EXTERNAL**

Aaron –

My client has instructed me to collect the fees awarded in the involuntary bankruptcy case.   As we discussed, I am giving you a heads up before I head down that path.   Please have your client pay these by December 13, 2023, or I will be seeking enforcement of the fee award in Bankr. D.Del.

Thanks.

**Brian W. Hockett**
(he/him/his)
bhockett@thompsoncoburn.com
P: 314 552 6461
F: 314 552 7000
M: 314.602.6461

**Thompson Coburn LLP**
One US Bank Plaza
St. Louis, MO 63101
www.thompsoncoburn.com

CONFIDENTIALITY NOTE: This message and any attachments are from a law firm. They are solely for the use of the intended recipient and may contain privileged, confidential or other legally protected information. If you are not the intended recipient, please destroy all copies without reading or disclosing their contents and notify the sender of the error by reply e-mail.

---

CONFIDENTIALITY NOTE: This message and any attachments are from a law firm. They are solely for the use of the intended recipient and may contain privileged, confidential or other legally protected information. If you are not the intended recipient, please destroy all copies without reading or disclosing their contents and notify the sender of the error by reply e-mail.

---

CONFIDENTIALITY NOTE: This message and any attachments are from a law firm. They are solely for the use of the intended recipient and may contain privileged, confidential or other legally protected information. If you are not the intended recipient, please destroy all copies without reading or disclosing their contents and notify the sender of the error by reply e-mail.

---

CONFIDENTIALITY NOTE: This message and any attachments are from a law firm. They are solely for the use of the intended recipient and may contain privileged, confidential or other legally protected information. If you are not the intended recipient, please destroy all copies without reading or disclosing their contents and notify the sender of the error by reply e-mail.