**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 11 |
| SA Hospital Acquisition Group, LLC, | Case No. 23-11367 (BLS) |
| Alleged Debtor. | **Re: Docket No. 70** |

## NOTICE OF WITHDRAWAL OF MOTION

PLEASE TAKE NOTICE that the *Motion to Compel Payment of Fees and for Order to Show Cause Why Petitioning Creditors Should Not be Held in Contempt, and Request for Entry of Judgment Against Petitioning Creditors, and for Additional Fees and Costs Pursuant To 11 U.S.C. § 303(i)* [Docket No. 70] is hereby withdrawn.

Dated: February 13, 2024
       Wilmington, Delaware

**POLSINELLI PC**

*/s/ Katherine M. Devanney*
Christopher A. Ward (Del. Bar No. 3877)
Katherine M. Devanney (Del. Bar No. 6356)
222 Delaware Avenue, Suite 1101
Wilmington, Delaware 19801
Telephone: (302) 252-0920
Facsimile: (302) 252-0921
cward@polsinelli.com
kdevanney@polsinelli.com

-and-

**THOMPSON COBURN LLP**
Brian W. Hockett
One US Bank Plaza
St. Louis, Missouri 63101
Telephone: (314) 552-6461
Facsimile: (314) 552-7000
bhockett@thompsoncoburn.com

*Counsel for MorrisAnderson & Associates, Ltd, as general receiver for SA Hospital Acquisition Group, LLC and SA Hospital Real Estate Holdings, LLC*

93470190.1