# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: SA HOSPITAL ACQUISITION GROUP, | : | Chapter 11 |
| | : | |
| Alleged Debtor. | : | Case No. 23-11367 (BLS) |
| | : | |
| GOLDBERG HEALTHCARE PARTNERS, LLC, FARIBORZ SAIDARA, MATTHEW HADDAD, YOEL PESSO, | : | |
| Appellants, | : | |
| v. | : | Civ. No. 23-1147 (JLH) |
| | : | |
| MORRISANDERSON & ASSOCIATES, LTD. TWAIN GL XXV, LLC, AMERICAN HEALTHCARE SYSTEMS MISSOURI, LLC, | : | |
| Appellees. | : | |

## ORDER

For the reasons set forth in the accompanying Opinion, it is hereby ORDERED that:

1. The Bankruptcy Court's September 28, 2023 Dismissal Order (B.D.I. 53) is AFFIRMED.

2. The Clerk is directed to CLOSE Civ. No. 23-1147-JLH.

Entered this  31st  day of May, 2024.

_____
THE HONORABLE JENNIFER L. HALL
UNITED STATES DISTRICT JUDGE